DECISIONS IN CASES NOT REPORTED. 621

65h 621
Case 10
69 AD 403
65h 621
Case 25
66 AD 403

SECOND DEPARTMENT, JULY TERM, 1892.

Ann Eliza Wilcox, Appellant, v. Charles J. Quinby, Individually and as Executor, etc., Respondent. — Judgment reversed to the extent that defendant be decreed forthwith to sell the testator's realty, and thereafter and upon such sale the defendants account for the rents and profits since the decree of the surrogate. Opinion by Cullen, J., Dykman, J., not sitting.

Frederick A. Phillips, Jr., Respondent, v. Maria N. Winne, Appellant, Impleaded, etc. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Cullen, J. not sitting.

Anna M. Arnold, Appellant, v. Norfolk and New Brunswick Hosiery Company, Respondent. — Order affirmed on condition that the defendant pay the plaintiff the sum of $250 and the disbursements of this appeal, and stipulates that the defendant will not apply by motion or action for restitution until after recovery of judgment in this action. Opinion by Cullen, J.; Dykman, J., not sitting.

The People of the State of New York, Respondent, v Andrew Steckenseider, Appellant. — Conviction affirmed. Opinion by Dykman, J.

Matter of Probate of Will of Christian Ziegler, Deceased. — Decree affirmed, with costs. Opinion by Barnard, P. J.

Albert F. Gescheidt, Executor, etc , Appellant, v. Frederika Drier and another, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J ; Dykman, J., not sitting.

Charles Siedler, Appellant, v. Edward T. Bell and others, Administrators, Respondents. — Judgment affirmed, with costs Opinion by Dykman, J.; Barnard, P. J., not sitting

James J. Cooke, Respondent. v. The American Express Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Susan Wrench, Appellant, v. Ricka Samenfeld, Respondent. — Exceptions overruled and judgment affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Charles H. Leonard and others, Respondents, v. Long Island City, Appellant. — Order overruling demurrer to complaint and judgment therein affirmed, with costs Opinion by Dykman, J.; Cullen, J., not sitting.

Patrick F. Fitzgerald, Appellant, v. William J. Moran and another, Respondents. — Judgment affirmed, with costs. Opinion by Cullen, J.

Northport Real Estate and Improvement Company, Appellant, v. Jeremiah Hendrickson, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The Tarrytown and Irvington Union Gas-Light Company, Appellant, v. James Bird and others, Respondents. — Judgment and order denying new trial affirmed, with costs. Opinion by Cullen, J.

United States Trust Company of New York, Respondent, v. Philip V R. Stanton, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Clara Fairchild, Appellant. v. Lucy A. McMahon, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Cullen, J., not sitting.

Watson Van Benthuysen, Respondent. v. The Central New England, etc., Railroad Company, Respondent. and The Fidelity Insurance Trust and Safety Deposit Company of Pennsylvania, Trustee, Appellant. — Appeal withdrawn.

James A. Thompson, Respondent, v. Frank J. McGreevy and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J ; Barnard, P J., not sitting.

The People of the State of New York ex rel. Patrick H. Duffy v John Ennis, as Commissioner of the Department of Fire of the City of Brooklyn. — Order dismissing relator affirmed, with fifty dollars costs Opinion by Barnard, P. J.

Charles S. Knapp, Respondent, v. James S. Greg-

ory and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Mary A. Peckham and another, Respondents, v. The Dutchess County Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Cullen, J.; Barnard, P. J., not sitting.

Mary E. Warren, Appellant, v. Phœnix Insurance Company, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Roscoe G. Chase and others. Appellants, v. Charles M. Evarts, Respondent — Judgment affirmed, with costs Opinion by Cullen, J.; Dykman, J., not sitting.

Henry W. Sage and others, Appellants,v. Andrew R. Culver and others, Respondents. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Cullen, J., not sitting,

Almira H. James, Respondent, v. Winifred K. Finch, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J , not sitting.

John W Cleary, Respondent, v. The Municipal Electric-Light Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Cullen, J.

The Equity Gas-Light Company, etc., Respondent, v. Ferdinand McKeige, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

The Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children in the City of New York, Respondent, v. Michael Cronin, Appellant. — Reargument ordered. Dykman, J., not sitting.

Hugh J Keenan, Respondent, v. Paul Gantert, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Cullen, J , not sitting.

Henry L Beakes, Appellant,v Commercial Union Association Company, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J., Barnard, P. J., not sitting.

George B. Glover, Respondent, v. Lucy H. Glover, Appellant. — Exceptions overruled and judgment affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Annie E White and another, as Administrators, etc., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.—Judgment reversed and new trial granted, costs to abide event. Opinion by Cullen, J ; Barnard, P. J., not sitting.

Catharine Lewis, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent — Reargument ordered.

Henry C. Bainbridge and others, Plaintiffs, v Maurice Lilienthal, Defendant. — Order affirmed, with costs and disbursements Opinion by Dykman, J.; Cullen, J., not sitting

James I. Healey and others, Respondents, v Moritz Bauer, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

The National Bank of Orange County, Respondent, v. Burhans Van Steenburgh, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dykman, J.

Abigail Allen, Appellant, v. Albert Heine and another, Respondents. — Judgment affirmed, with costs Opinion by Dykman, J.

Margaret Ball. Respondent, v. Jeremiah Horrigan, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

William Nelson, Respondent, v. Frederic W. Bleckwenn, Treasurer, etc., Appellant. — Part of order appealed from reversed, with costs and disbursements. Opinion by Barnard, P J.; Cullen, J., not sitting.

James M. Stephens, Plaintiff, v. John K. Van